Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES KELLY, Appellant.—

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.

VIRGINIA LAWANDUS, Respondent, v. LEO W. LAWANDUS, Appellant.—

Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.

CALOGERO ALAIMO et al., Respondents, v. D & F TRANSIT, INC., et al., Appellants.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.